[No. 7432-6-I. Division One. May 27, 1980.]

FOTO VU NORTHWEST, INC., *Respondent,* v. DITA FRIEDLANDER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 843014, Frank H. Roberts, Jr., J., entered February 6, 1979. *Affirmed in part* and *remanded* by unpublished opinion per Ringold, J., concurred in by James, A.C.J., and Durham–Divelbiss, J.

[No. 7696-5-I. Division One. May 27, 1980.]

BEATRICE TODHUNTER, *Respondent,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 56200, Marshall Forrest, J., entered May 18, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow, C.J., and Ringold, J.